Fill in this information to identify your case:

United States Bankruptcy Court for the:

Central District of California

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | Raman Enterprises LLC, a Nevada corporation |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 82-0661101 |

4. **Debtor's address**

**Principal place of business**

20253 Wadena Road
Number        Street

_____

Apple Valley        CA        92308
City        State        ZIP Code

San Bernardino County
County

**Mailing address, if different from principal place of business**

_____
Number        Street

_____
P.O. Box

_____
City        State        ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____

_____
City        State        ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other. Specify: _____

| Debtor | Raman Enterprises LLC, a Nevada corporation | Case number (if known) _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

| Debtor | Raman Enterprises LLC, a Nevada corporation | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

_____
Number          Street

_____

_____
City                                        State          ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

*(Estimated assets: $1,000,001-$10 million checked)*

| Debtor | Raman Enterprises LLC, a Nevada corporation | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☑ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/05/2020
MM / DD / YYYY

✗ _____
Signature of authorized representative of debtor

Rao V. Daluvoy
Printed name

Title  Managing Member

**18. Signature of attorney**

✗ _____
Signature of attorney for debtor

Date  12/05/2020
MM / DD / YYYY

Sevan Gorginian, Esq.
Printed name

Law Office of Sevan Gorginian
Firm name

450 North Brand Blvd. Suite 600
Number     Street

Glendale          CA          91203
City              State       ZIP Code

T: 818-928-4445          sevan@gorginianlaw.com
Contact phone            Email address

State Bar No. 298986          CA
Bar number                    State

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Sevan Gorginian, Esq. (SBN 298986)<br>Law Office of Sevan Gorginian<br>450 N. Brand Blvd. Suite 600<br>Glendale, CA 91203<br>T: 818-928-4445 I F: 818-928-4450<br>sevan@gorginianlaw.com | |

☒ *Attorney for:* Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION** ▼

| In re:<br><br>RAMAN ENTERPRISES LLC, a Nevada Corporation<br><br>Debtor(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 11 ▼ |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Rao V. Daluvoy _____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 1                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

☒ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

_____

_____

_____

[For additional names, attach an addendum to this form.]

b.  ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 12/05/2020

By: x _____

Signature of Debtor, or attorney for Debtor

Name: Rao V. Daluvoy, Managing Member of Debtor

Printed name of Debtor, or attorney for Debtor

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Sevan Gorginian (SBN 298986)
**Law Office of Sevan Gorginian**
450 N. Brand Boulevard, Suite 600
Glendale, California 91203
**Tel:** 818.928.4445 I **Fax:** 818.928.4450
**Email:** sevan@gorginianlaw.com

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>RAMAN ENTERPRISES LLC, a Nevada Corporation<br><br>                                    Debtor. | Bankruptcy No.<br><br>Chapter 11<br><br>**CORPORATE RESOLUTION STATEMENT** |

### STATEMENT REGARDING CORPORATE APPOINTMENT OF COUNSEL

WHEREAS, the undersigned, Rao Daluvoy, is the manager member and president of Raman Enterprises LLC, a Nevada Corporation ("the Corporation"). On or about December 5, 2020, the Corporation has been determined that it needs to file a voluntary Chapter 11 case.

WHEREAS, it would be in the best interests of the Corporation to file a voluntary Chapter 11 case to reorganize its debts. As such, it is therefore:

RESOLVED, that the Corporation has adopted a resolution and decided to file a voluntary Chapter 11 case.

BE IT FURTHER RESOLVED that Rao Daluvoy, the managing member and president of the Corporation, is authorized by the Corporation and is directed to employ the Law Office of Sevan Gorginian to represent the Corporation in said bankruptcy proceedings for the sole purpose to file the petition and give notice to creditors only. Thereafter, the Corporation will immediately, not to exceed 5 days after the filing date, find and substitute in new bankruptcy counsel and Sevan Gorginian will be relieved as counsel of record;

BE IT FURTHER RESOLVED, that the undersigned hereby certifies that he is the duly elected and qualified President and/or Secretary and the custodian of the books and records and seal of the Corporation, a corporation duly formed pursuant to the laws of the state of California and Nevada and that the foregoing is a true record of a resolution duly adopted at a meeting of the officers and directors and that said meeting was held in accordance with state law and the Bylaws of the above-named Corporation on December 1, 2020 ,and that said resolution is now in full force and effect without modification or rescission.

IN WITNESS WHEREOF, I have executed my name as President and have hereunto affixed the corporate seal of the above-named Corporation this December 5, 2020.

1

1

2

3    **DECLARATION UNDER PENALTY OF PERJURY**

4    I, Rao Daluvoy, President of the Corporation named as debtor in this case, declare under penalty
of perjury that I have read the foregoing resolution and it is true and correct to the best of my
5    knowledge, information and belief.

6

7    Date: December 5, 2020

8    **Rao Daluvoy**, Managing Member and President

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Fill in this information to identify the case:**

Debtor name _____Raman Enterprises LLC, a Nevada corporation_____

United States Bankruptcy Court for the: _____Central District of California_____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:    Summary of Assets**

---

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B* ...................................................................................
    $ 4,500,000.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*...........................................................................
    $ 0.00

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B* ...........................................................................
    $ 4,500,000.00

---

**Part 2:    Summary of Liabilities**

---

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ................................................
    $ 1,286,099.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................................................
    $ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...........................................
    +$ 0.00

4. **Total liabilities** ......................................................................................................................................................
    Lines 2 + 3a + 3b
    $ 1,286,099.00

---

**Fill in this information to identify the case:**

Debtor name _____ Raman Enterprises LLC, a Nevada corporation _____

United States Bankruptcy Court for the: _____ Central District of California _____

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | *NO UNSECURED CREDITORS AT THIS TIME. MAY AMEND IF NECESSARY.* | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor ___Raman Enterprises LLC, a Nevada corporation_____     Case number *(if known)*_____

       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Raman Enterprises LLC, a Nevada corporation |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (If known): | _____ |

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

| Creditor's name<br>Arvin Doshi | Describe debtor's property that is subject to a lien<br>94 Acres in Barstow, California<br><br>*Arvin Doshi Family Trust or related may have interest.*<br>*Doshi is cross-collateralized against both properties  identified in 2nd lienholder..* | $ Unknown | $ 2,500,000.00 |
|---|---|---|---|

Creditor's mailing address
19902 Wildcat Canyon
Walnut, CA 91789

**Describe the lien**
Agreement you made

Creditor's email address, if known
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred    **TBA**

Last 4 digits of account number    **0001**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Santa Barbara Commercial Mortgage, 1st; Arvin Doshi, 2nd

**2.2**

| Creditor's name<br>Arvin Doshi | Describe debtor's property that is subject to a lien<br>250 Acres land Riverside, California [Homeland, Riverside County] | $Undetermined | $2,000,000.00 |
|---|---|---|---|

Creditor's mailing address
19902 Wildcat Canyon
Walnut, CA 91789

Creditor's email address, if known
_____

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred    _____

Last 4 digits of account number    _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
    ☑ No. Specify each creditor, including this creditor, and its relative priority.

Donald Bergman, 1st; Arvin Doshi, 2nd

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 1,286,099.00

Debtor    Raman Enterprises LLC, a Nevada corporation _____  Case number (if known)_____
          Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---------|-----------------|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** | **Creditor's name**
Donald Bergman

**Describe debtor's property that is subject to a lien**

250 Acres land Riverside, California [Homeland, Riverside County]

$525,000.00          $2,000,000.00

**Creditor's mailing address**

Viewcrest Propeerties LLC
1255 Benedict Canyon Drive, Beverly Hills,

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☑ Yes. The relative priority of creditors is specified on lines  2.2

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** | **Creditor's name**
Santa Barbara Commercial Mortgage

**Describe debtor's property that is subject to a lien**

94 Acres in Barstow, California

$761,099.00          $2,500,000.00

**Creditor's mailing address**

Attn: Elsie Bahia or Erik Fuller
474 Garden Street, Santa Barbara, CA 931

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    7-08

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☑ Yes. The relative priority of creditors is specified on lines  2.1

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Raman Enterprises LLC, a Nevada corporation | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Chicago Title Company<br>Foreclosure Department<br>560 E. Hospitality Lane<br>San Bernardino, CA, 92408 | Line 2. _4_ | _7-08_ |
| Dawn & Coulson<br>Epps & Coulseon, LLP<br>1230 Crenshaw Blvd. Suite 200<br>Torrance, CA, 90501 | Line 2. _1_ | nown |
| | Line 2. ___ | |
| | Line 2. ___ | |
| | Line 2. ___ | |
| | Line 2. ___ | |
| | Line 2. ___ | |
| | Line 2. ___ | |
| | Line 2. ___ | |
| | Line 2. ___ | |
| | Line 2. ___ | |
| | Line 2. ___ | |
| | Line 2. ___ | |
| | Line 2. ___ | |

Arvin Doshi
19902 Wildcat Canyon
Walnut, CA 91789


Chicago Title Company
Foreclosure Department
560 E. Hospitality Lane
San Bernardino, CA 92408


Dawn & Coulson
Epps & Coulseon, LLP
1230 Crenshaw Blvd. Suite 200
Torrance, CA 90501


Donald Bergman
Viewcrest Propeerties LLC
1255 Benedict Canyon Drive
Beverly Hills, CA 90210


Franchise Tax Board
Bankruptcy Section MS A-340
P.O. Box 2952
Sacramento, CA 95812


I.R.S.
P.O. Box 7346
Philadelphia, PA 19101


San Bernardino County Tax Collector
Attn: Bankruptcy Notice
268 W. Hospitality Lane
San Bernardino, CA 92415


Santa Barbara Commercial Mortgage
Attn: Elsie Bahia or Erik Fuller
474 Garden Street
Santa Barbara, CA 93101